IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 2:19CR122 (RCY) |
| | ) | |
| RICHARD ALLEN REED, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Competency Hearing ("Joint Motion") (ECF No. 58). On March 29, 2021, the Court Ordered that a psychological examination be conducted, pursuant to 18 U.S.C. §§ 4241(a) & (b), to determine if the Defendant is "presently suffering from a mental disease or defect rendering him mentally incompetent" such that "he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." (ECF No. 55.) On April 26, 2021, the Court conducted a Status Conference to assess the status of the court-ordered competency evaluation. At the Status Conference, the Court set a competency hearing for July 29, 2021. (ECF No. 57.) The parties are now requesting that the competency hearing be held at "the Court's first available date" due to changing circumstances surrounding the Defendant's physical and mental health treatment. (ECF No. 58.) The parties filed the expert's forensic evaluation report under seal. (ECF Nos. 58-1, 60.)

Having considered the parties' Joint Motion and for good cause shown, it is hereby ORDERED that the July 29, 2021 competency hearing is rescheduled to May 20, 2021, at 1:00 p.m. in Norfolk, at which point the Court will conduct a hearing pursuant to 18 U.S.C. §§ 4241 and 4247(d).

Pursuant to 18 U.S.C. § 3161(h)(1)(A), this period of delay resulting from the ongoing process to determine the mental competency of the Defendant remains an excludable period of

delay in computing the time within which the trial must commence and is required by the ends of justice, which outweigh the best interest of the public and the Defendant in a speedy trial.

The Clerk is directed to send a copy of this Order to all counsel of record and United States Pretrial Services, attention Brett Riley.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: May 6, 2021